IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| LUTHER BIRL SNEED, JR., #699758 | § | |
| V. | § | CIVIL ACTION NO. 6:10cv530 |
| J. WISEMER, ET AL. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Plaintiff has filed objections to the Report of the Magistrate Judge.

The Plaintiff's objections do not attack the substance of her Report, but instead constitute an expression of the Plaintiff's views of the legal system. The Court has conducted a careful *de novo* review of the pleadings and testimony in this case, the Report of the Magistrate Judge, the Plaintiff's objections thereto, and all other pleadings, documents, and records in the case. Upon such *de novo* review, the Court has concluded that the Report of the Magistrate Judge is correct and that the Plaintiff's objections are without merit. It is accordingly

**ORDERED** that the Plaintiff's objections are **OVERRULED** and the Report of the Magistrate Judge is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled civil case be and hereby is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b) and E.D. Tex. Local Rule 41. It is further

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

**So ORDERED and SIGNED this 28th day of February, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**